UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION and EXXON MOBIL CORPORATION, *Plaintiffs*, v. MARS OIL PIPELINE COMPANY, LLC, *et. al.*, *Defendants*. | Civil Action No.: 2:25-cv-02001<br><br>Judge Nannette Jolivette Brown<br><br>Magistrate Donna Phillips Currault |

### CHEVRON U.S.A. INC.'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1, Defendant Chevron U.S.A. Inc. ("Chevron") hereby respectfully requests oral argument on its Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint (ECF No. 1).

Respectfully submitted:

**JORDAN, LYNCH & CANCIENNE, PLLC**

By: */s/ Michael Cancienne*
Michael Cancienne
State Bar No. 31085
Walter Lynch
State Bar No. 37780
Sydney C. Rupe
State Bar No. 41110
Skylar Holland *(pro hac vice forthcoming)*
1980 Post Oak Blvd., Ste. 2300
Houston, Texas 77056
Telephone: 713-955-4025
Facsimile: 713-955-9644
mcancienne@jlcfirm.com
wlynch@jlcfirm.com
srupe@jlcfirm.com
sholland@jlcfirm.com

***Counsel for Defendant Chevron U.S.A. Inc.***