**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **EXXONMOBIL OIL CORPORATION, ET AL.,** | **CIVIL ACTION NO. 2:25-CV-2001** |
| *Plaintiffs*, | **JUDGE NANETTE JOLIVETTE BROWN** |
| **v.** | **MAG. JUDGE DONNA PHILLIPS CURRAULT** |
| **MARS OIL PIPELINE COMPANY, LLC, ET AL.** | |
| *Defendants*. | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST JOHN WOOD GROUP PLC**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, ExxonMobil Oil Corporation and ExxonMobil Corporation (collectively, "Plaintiffs"), through undersigned counsel hereby voluntarily dismiss the claims asserted in the above-captioned action against John Wood Group plc, without prejudice as to all parties, and with each side bearing its own costs and expenses. John Wood Group plc has not answered the Plaintiffs' Complaint, and there is no motion for summary judgment pending. Plaintiffs reserve all rights and claims against all other parties and reserve the right to reassert against John Wood Group plc these dismissed claims and/or assert other claims against John Wood Group plc arising out the transactions and occurrences at issue in this lawsuit. Pursuant to Federal Rule 41(a)(1)(a)(i) and Local Rule 41(a), no order from this Court is necessary to effectuate this voluntary dismissal without prejudice.

DATED: January 6, 2026

Respectfully submitted,

**BIENVENU, FOCO & VIATOR, LLC**

_/s/ Henry S. Rauschenberger_____
David M. Bienvenu, Jr. (#20700)(T.A.)
F. Charles Marionneaux (#18320)
John Allain Viator (#25915)
Henry S. Rauschenberger (#37834)
4210 Bluebonnet Blvd.
Baton Rouge, LA 70809
Phone: (225)388-5600
Fax: (225)388-5622
david.bienvenu@bblawla.com
chip.marionneaux@bblawla.com
john.viator@bblawla.com
henry.rauschenberger@bblawla.com

*Attorneys for ExxonMobil Oil Corporation*
*and Exxon Mobil Corporation*

## CERTIFICATE OF SERVICE

I, undersigned counsel, hereby certify that on this the 6th day of January, 2026, a copy of the above and foregoing was served on all counsel of record by operation of this Court's CM/ECF system, and that a copy of the above and foregoing was sent via United States mail, postage prepaid and properly addressed, to all named parties who have not yet made an appearance of record in this proceeding.

_____/s/ Henry S. Rauschenberger_____
Henry S. Rauschenberger

2