UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION AND EXXON MOBIL CORPORATION,<br><br>*Plaintiffs,*<br><br>v.<br><br>MARS OIL PIPELINE COMPANY LLC; CHEVRON U.S.A., INC.; TOTALENERGIES E&P USA, INC.; LOOP LLC; AMBERJACK PIPELINE COMPANY; SHELL PIPELINE COMPANY LP; LOCAP LLC; TRANSOCEAN LTD.; SLB ONESUBSEA; AND JOHN WOOD GROUP PLC,<br><br>*Defendants.* | CIVIL ACTION NO. 2:25-cv-02001<br><br>JUDGE: Nannette Jolivette Brown<br><br>MAGISTRATE: Donna Phillips Currault |

**STIPULATION EXTENDING DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

COME NOW Chevron U.S.A. Inc. ("Chevron"), TotalEnergies E&P USA, Inc, ("TotalEnergies"), LOOP, LLC ("LOOP"), LOCAP, LLC ("LOCAP"), SLB OneSubSea ("SubSea"), Shell Pipeline Company, LP ("Shell"), Mars Oil Pipeline Company LLC ("Mars"), and Amberjack Pipeline Company ("Amberjack") and together with ExxonMobil Oil Corporation and Exxon Mobil Corporation (collectively referred to herein as "Exxon" and, together with Chevron, TotalEnergies, LOOP, LOCAP, SubSea, Shell, Mars, and Amberjack, the "Parties") hereby stipulate and agree as follows:

1. On February 4, 2026, the Court granted Exxon's Motion for Leave to File First Amended Complaint by Plaintiffs ExxonMobil Oil Corporation and Exxon Mobil Corporation (the "Motion") and Exxon's First Amended Complaint was entered into the record.

2. The response deadline for the First Amended Complaint is February 18, 2026.

3. Exxon agrees to extend the deadline for Chevron, TotalEnergies, LOOP, LOCAP, SubSea, Shell, Mars, and Amberjack to respond to the First Amended Complaint to February 25, 2026.

4. The Parties agree to a submission date of April 1, 2026 for any Motions to Dismiss filed in response to the First Amended Complaint.

5. This stipulation is entered into without prejudice as to further extending deadlines.

\*\*\*

Dated: February 12, 2026

    Respectfully submitted:

    **JORDAN, LYNCH & CANCIENNE PLLC**

    By: /s/*Michael Cancienne*
        Michael Cancienne
        State Bar No. 31085
        Walter Lynch
        State Bar No. 37780
        Sydney Rupe
        State Bar No. 41110
        1980 Post Oak Blvd., Suite 2300
        Houston, Texas 77056
        Telephone: 713.955.4022
        Facsimile: 713.955.9644
        kjordan@jlcfirm.com
        wlynch@jlcfirm.com
        srupe@jlcfirm.com

    **ATTORNEYS FOR DEFENDANT CHEVRON U.S.A. INC.**

    **AND**

    **STONE PIGMAN WALTHER WITTMANN L.L.C.**

    By: /s/ *Robert E. Dunn (signed by permission)*
        Rachel W. Wisdom (21167)
        909 Poydras Street, Suite 3150
        New Orleans, LA 70112-4041
        Phone: (504) 593-0911
        Fax: (504) 596-0911
        Rwisdom@stonepigman.com

        Robert E. Dunn (*pro hac vice forthcoming*)
        EIMER STAHL LLP
        1999 S. Bascom Ave. Suite 1025
        Campbell, CA 95008
        Phone: (408) 889-1690
        Rdunn@eimerstahl.com

    **ATTORNEYS FOR DEFENDANT TOTALENERGIES E&P USA, INC.**

    **AND**

    **BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.**

    By: /s/ *Craig Isenberg (signed by permission)*
        Judy Y. Barrasso, 2814
        Craig Isenberg, 29603
        Stephen R. Klaffky, 36211
        Laura M. Blockman, 40705
        909 Poydras Street, Suite 2350
        New Orleans, Louisiana 70112
        Telephone: 504-589-9700
        Facsimile: 504-589-9701

      jbarrasso@barrassousdin.com
      cisenberg@barrassousdin.com
      sklaffky@barrassousdin.com
      lblockman@barrassousdin.com

**ATTORNEYS FOR LOOP, LLC**

AND

**MOULEDOUX, BLAND, LEGRAND & BRACKET, LLC**

By: /s/ *Mark E. Hanna (signed by permission)*
    Mark E. Hanna (#19336)
    Jonathan P D'avello (#39082)
    701 Poydras Street, Suite 600
    New Orleans, Louisiana 70139
    Telephone (504) 595-3000
    Facsimile: (504) 522-2121
    E-mail:    mhanna@mblb.com
                   jdavellow@mblb.com

**ATTORNEYS FOR LOCAP, LLC**

AND

**FLANAGAN PARTNERS LLP**

By: /s/ *James H. Gilbert (signed by permission)*
    Thomas M. Flanagan (#19569)
    Harold J. Flanagan (#24091)
    Camille E. Gauthier (#34558)
    James H. Gilbert (#36468)
    Alixe L. Duplechain (#39167)
    201 St. Charles Ave. Suite 3300
    New Orleans, Louisiana 70170
    Telephone: (504) 569-0235
    Facsimile: (504) 529-0251
    tflanagan@flanaganpartners.com
    hflanagan@flanaganpartners.com
    cgauthier@flanaganpartners.com
    jgilbert@flanaganpartners.com
    aduplechain@flanaganpartners.com

**ATTORNEYS FOR SLB ONESUBSEA**

AND

**PHELPS DUNBAR LLP**

By: /s/ *Miles P. Clements (signed by permission)*
    Miles P. Clements, T.A. (#4184)
    Joseph E. Lee III (#26968)
    Ashley B. Palermo (#40708)
    Canal Place
    365 Canal Street, Suite 2000
    New Orleans, Louisiana 70130
    Telephone:  (504) 566-1311
    Facsimile:  (504) 568-9130
    E-Mail:    miles.clements@phelps.com
                 josh.lee@phelps.com

ashley.palermo@phelps.com

**ATTORNEYS FOR SHELL PIPELINE COMPANY, LP, MARS OIL PIPELINE COMPANY LLC, AND AMBERJACK PIPELINE COMPANY**

**AND**

**BIENVENU, FOCO & VIATOR, LLC**

By: /s/ *Henry S. Rauschenberger (signed by permission)*
David M. Bienvenu, Jr. (#20700)(T.A.)
F. Charles Marionneaux (#18320)
John Allain Viator (#25915)
Henry S. Rauschenberger (#37834)
4210 Bluebonnet Boulevard
Baton Rouge, LA 70809
Telephone: (225) 388-5600
Facsimile: (225) 388-5622
david.bienvenu@bblawla.com
chip.marionneaux@bblawla.com
john.viator@bblawla.com
henry.rauschenberger@bblawla.com

**ATTORNEYS FOR PLAINTIFFS EXXONMOBIL OIL CORPORATION AND EXXON MOBIL CORPORATION**

## CERTIFICATE OF SERVICE

This certifies that a copy of the above and foregoing was sent to all counsel of record by electronic means on February 12, 2026.

/s/*Michael Cancienne*_____
Michael Cancienne

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION AND EXXON MOBIL CORPORATION,<br><br>                *Plaintiffs,*<br>v.<br><br>MARS OIL PIPELINE COMPANY LLC; CHEVRON U.S.A., INC.; TOTALENERGIES E&P USA, INC.; LOOP LLC; AMBERJACK PIPELINE COMPANY; SHELL PIPELINE COMPANY LP; LOCAP LLC; TRANSOCEAN LTD.; SLB ONESUBSEA; AND JOHN WOOD GROUP PLC,<br>                *Defendants.* | CIVIL ACTION NO. 2:25-cv-02001<br><br>JUDGE: Nannette Jolivette Brown<br><br>MAGISTRATE: Donna Phillips Currault |

**ORDER GRANTING STIPULATION EXTENDING DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

The Court, having reviewed the Stipulation Extending Deadline to Respond to Plaintiffs' First Amended Complaint ("Stipulation") and finding that the Stipulation is proper, it is hereby:

ORDERED that the Stipulation is APPROVED. It is further

ORDERED that the response deadline of Chevron U.S.A. Inc., TotalEnergies E&P USA, Inc., LOOP, LLC, LOCAP, LLC, SLB OneSubsea, Shell Pipeline Company, LP, Mars Oil Pipeline Company LLC, and Amberjack Pipeline Company for the First Amended Complaint is hereby extended to February 25, 2026. It is further

ORDERED that the submission date is April 1, 2026.

SIGNED and ORDERED this ___ day of _____, 2026.

                                                          _____
                                                          Hon. Judge Nannette Jolivette Brown

**AGREED AS TO SUBSTANCE AND TO FORM:**

| | |
|---|---|
| **JORDAN, LYNCH & CANCIENNE PLLC**<br><br>By: /s/*Michael Cancienne*<br>    Michael Cancienne<br>    State Bar No. 31085<br>    Walter Lynch<br>    State Bar No. 37780<br>    Sydney Rupe<br>    State Bar No. 41110<br>    1980 Post Oak Blvd., Suite 2300<br>    Houston, Texas 77056<br>    Telephone: 713.955.4022<br>    Facsimile: 713.955.9644<br>    kjordan@jlcfirm.com<br>    wlynch@jlcfirm.com<br>    srupe@jlcfirm.com<br><br>**ATTORNEYS FOR DEFENDANT CHEVRON U.S.A. INC.** | **STONE PIGMAN WALTHER WITTMANN L.L.C.**<br><br>By: /s/ *Robert E. Dunn (signed by permission)*<br>    Rachel W. Wisdom (21167)<br>    909 Poydras Street, Suite 3150<br>    New Orleans, LA 70112-4041<br>    Phone: (504) 593-0911<br>    Fax: (504) 596-0911<br>    Rwisdom@stonepigman.com<br><br>    Robert E. Dunn (*pro hac vice forthcoming*)<br>    EIMER STAHL LLP<br>    1999 S. Bascom Ave. Suite 1025<br>    Campbell, CA 95008<br>    Phone: (408) 889-1690<br>    Rdunn@eimerstahl.com<br><br>**ATTORNEYS FOR DEFENDANT TOTALENERGIES E&P USA, INC.** |
| **BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.**<br><br>By: /s/ *Craig Isenberg (signed by permission)*<br>    Judy Y. Barrasso, 2814<br>    Craig Isenberg, 29603<br>    Stephen R. Klaffky, 36211<br>    Laura M. Blockman, 40705<br>    909 Poydras Street, Suite 2350<br>    New Orleans, Louisiana 70112<br>    Telephone: 504-589-9700<br>    Facsimile: 504-589-9701<br>    jbarrasso@barrassousdin.com<br>    cisenberg@barrassousdin.com<br>    sklaffky@barrassousdin.com<br>    lblockman@barrassousdin.com<br><br>**ATTORNEYS FOR LOOP, LLC** | **MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC**<br><br>By: /s/ *Mark E. Hanna (signed by permission)*<br>    Mark E. Hanna (#19336)<br>    Jonathan P D'avello (#39082)<br>    701 Poydras Street, Suite 600<br>    New Orleans, Louisiana 70139<br>    Telephone (504) 595-3000<br>    Facsimile: (504) 522-2121<br>    E-mail:    mhanna@mblb.com<br>                    jdavellow@mblb.com<br><br>**ATTORNEYS FOR LOCAP, LLC** |

**FLANAGAN PARTNERS LLP**

By:/s/ *James H. Gilbert (signed by permission)*
    Thomas M. Flanagan (#19569)
    Harold J. Flanagan (#24091)
    Camille E. Gauthier (#34558)
    James H. Gilbert (#36468)
    Alixe L. Duplechain (#39167)
    201 St. Charles Ave. Suite 3300
    New Orleans, Louisiana 71070
    Telephone: (504) 569-0235
    Facsimile: (504) 529-0251
    tflanagan@flanaganpartners.com
    hflanagan@flanaganpartners.com
    cgauthier@flanaganpartners.com
    jgilbert@flanaganpartners.com
    aduplechain@flanaganpartners.com

**ATTORNEYS FOR SLB SUBSEA**

**PHELPS DUNBAR LLP**

By: /s/*Miles P. Clements (signed by permission)*
    Miles P. Clements, T.A. (#4184)
    Joseph E. Lee III (#26968)
    Ashley B. Palermo (#40708)
    Canal Place
    365 Canal Street, Suite 2000
    New Orleans, Louisiana 70130
    Telephone:       (504) 566-1311
    Facsimile: (504) 568-9130
    E-Mail:    miles.clements@phelps.com
               josh.lee@phelps.com
               ashley.palermo@phelps.com

**ATTORNEYS FOR SHELL PIPELINE COMPANY, LP, MARS OIL PIPELINE COMPANY LLC, AND AMBERJACK PIPELINE COMPANY**

**BIENVENU, FOCO & VIATOR, LLC**

By: /s/ *Henry S. Rauschenberger (signed by permission)*
    David M. Bienvenu, Jr. (#20700)(T.A.)
    F. Charles Marionneaux (#18320)
    John Allain Viator (#25915)
    Henry S. Rauschenberger (#37834)
    4210 Bluebonnet Boulevard
    Baton Rouge, LA 70809
    Telephone: (225) 388-5600
    Facsimile: (225) 388-5622
    david.bienvenu@bblawla.com
    chip.marionneaux@bblawla.com
    john.viator@bblawla.com
    henry.rauschenberger@bblawla.com

**ATTORNEYS FOR PLAINTIFFS EXXONMOBIL OIL CORPORATION AND EXXON MOBIL CORPORATION**