# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EXXONMOBIL OIL CORPORATION** | * | **CIVIL ACTION NO: 2:25-CV-2001** |
| **AND EXXON MOBIL CORPORATION** | * | |
| | * | |
| **V.** | * | **JUDGE: NANNETTE J. BROWN** |
| | * | |
| **MARS OIL PIPELINE COMPANY LLC;** | * | |
| **CHEVRON U.S.A., INC.;** | * | **SECTION: G** |
| **TOTALENERGIES E&P USA, INC.;** | * | |
| **LOOP LLC; AMBERJACK PIPELINE** | * | |
| **COMPANY  LLC; SHELL PIPELINE** | * | **MAG. JUDGE: DONNA P. CURRAULT** |
| **COMPANY LP; LOCAP LLC;** | * | |
| **TRANSOCEAN LTD.; SLB** | * | |
| **ONESUBSEA; AND JOHN WOOD** | * | **DIVISION: 2** |
| **GROUP PLC** | * | |
| **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** | * | |

## ONESUBSEA LLC'S ANSWER TO EXXON MOBIL OIL CORPORATION AND EXXON MOBIL CORPORATION'S FIRST AMENDED COMPLAINT

Defendant OneSubsea LLC ("SubSea"), improperly named as SLB OneSubsea, provides its answer and affirmative defenses to plaintiffs' first amended complaint (Rec. Doc. 65) as follows. All allegations of the complaint that are not expressly admitted are denied.

**ANSWER**

**1.**

Paragraph 1 does not contain any factual allegations and thus requires no response.

**2.**

The allegations in paragraph 2 are admitted to the extent that the Court has subject matter jurisdiction over this matter.

**3.**

The allegations in paragraph 3 are admitted to the extent that venue is proper in this district.

**4.**

The allegations in paragraph 4 are denied for lack of information sufficient to justify a belief therein.

**5.**

The allegations in paragraph 5 are denied for lack of information sufficient to justify a belief therein.

**6.**

The allegations in paragraph 6 are denied for lack of information sufficient to justify a belief therein.

**7.**

The allegations in paragraph 7 are denied for lack of information sufficient to justify a belief therein.

**8.**

The allegations in paragraph 8 are denied for lack of information sufficient to justify a belief therein.

**9.**

The allegations in paragraph 9 are denied for lack of information sufficient to justify a belief therein.

**10.**

The allegations in paragraph 10 are denied for lack of information sufficient to justify a belief therein.

**11.**

The allegations in paragraph 11 are denied for lack of information sufficient to justify a belief therein.

**12.**

The allegations in paragraph 12 are denied for lack of information sufficient to justify a belief therein.

**13.**

The allegations in paragraph 13 are denied for lack of information sufficient to justify a belief therein.

**14.**

The allegations in paragraph 14 are denied for lack of information sufficient to justify a belief therein.

**15.**

The allegations in paragraph 15 that SubSea is a joint venture and has its principal place of business in Houston, Texas are admitted. The remaining allegations are denied.

**16.**

The allegations in paragraph 16 are denied for lack of information sufficient to justify a belief therein.

**17.**

The allegations in paragraph 17 are denied for lack of information sufficient to justify a belief therein.

**18.**

The allegations in paragraph 18 are denied for lack of information sufficient to justify a belief therein.

**19.**

The allegations in paragraph 19 are denied for lack of information sufficient to justify a belief therein.

**20.**

The allegations in paragraph 20 are denied for lack of information sufficient to justify a belief therein.

**21.**

The allegations in paragraph 21 are denied.

**22.**

The allegations in paragraph 22 are denied for lack of information sufficient to justify a belief therein.

**23.**

The allegations in paragraph 23 are denied for lack of information sufficient to justify a belief therein.

**24.**

The allegations in paragraph 24 are denied for lack of information sufficient to justify a belief therein.

**25.**

The allegations in paragraph 25 are denied for lack of information sufficient to justify a belief therein.

**26.**

The allegations in paragraph 26 are denied for lack of information sufficient to justify a belief therein.

**27.**

The allegations in paragraph 27 are denied for lack of information sufficient to justify a belief therein.

**28.**

The allegations in paragraph 28 are denied for lack of information sufficient to justify a belief therein.

**29.**

The allegations in paragraph 29 are denied for lack of information sufficient to justify a belief therein.

**30.**

In response to the allegations in paragraph 30, SubSea avers that the referenced agreement speaks for itself and is the best evidence of its contents.

**31.**

In response to the allegations in paragraph 31, SubSea avers that the referenced agreement speaks for itself and is the best evidence of its contents.

**32.**

The allegations in paragraph 32 are denied for lack of information sufficient to justify a belief therein.

**33.**

The allegations in paragraph 33 are denied for lack of information sufficient to justify a belief therein.

**34.**

The allegations in paragraph 34 are denied for lack of information sufficient to justify a belief therein.

**35.**

The allegations in paragraph 35 are denied for lack of information sufficient to justify a belief therein.

**36.**

The allegations in paragraph 36 are denied for lack of information sufficient to justify a belief therein.

**37.**

The allegations in paragraph 37 are denied for lack of information sufficient to justify a belief therein.

**38.**

The allegations in paragraph 38 are denied for lack of information sufficient to justify a belief therein.

**39.**

The allegations in paragraph 39 are denied for lack of information sufficient to justify a belief therein.

**40.**

The allegations in paragraph 40 are denied for lack of information sufficient to justify a belief therein.

**41.**

The allegations in paragraph 41 are denied for lack of information sufficient to justify a belief therein.

**42.**

The allegations in paragraph 42 are denied for lack of information sufficient to justify a belief therein.

**43.**

In response to the allegations in paragraph 43, SubSea avers that the referenced letter speaks for itself and is the best evidence of its contents. The remaining allegations are denied for lack of information sufficient to justify a belief therein.

**44.**

The allegations in paragraph 44 are denied for lack of information sufficient to justify a belief therein.

**45.**

The allegations in paragraph 45 are denied for lack of information sufficient to justify a belief therein.

**46.**

The allegations in paragraph 46 are denied for lack of information sufficient to justify a belief therein.

**47.**

The allegations in paragraph 47 are denied for lack of information sufficient to justify a belief therein.

**48.**

The allegations in paragraph 48 are denied for lack of information sufficient to justify a belief therein.

**49.**

The allegations in paragraph 49 are denied for lack of information sufficient to justify a belief therein.

**50.**

The allegations in paragraph 50 are denied for lack of information sufficient to justify a belief therein.

**51.**

The allegations in paragraph 51 are denied for lack of information sufficient to justify a belief therein.

**52.**

The allegations in paragraph 52 are denied for lack of information sufficient to justify a belief therein.

**53.**

The allegations in paragraph 53 are denied for lack of information sufficient to justify a belief therein.

**54.**

The allegations in paragraph 54 are denied for lack of information sufficient to justify a belief therein.

**55.**

The allegations in paragraph 55 are denied for lack of information sufficient to justify a belief therein.

**56.**

The allegations in paragraph 56 are denied for lack of information sufficient to justify a belief therein.

**57.**

The allegations in paragraph 57 are denied for lack of information sufficient to justify a belief therein.

**58.**

The allegations in paragraph 58 are denied for lack of information sufficient to justify a belief therein.

**59.**

The allegations in paragraph 59 are denied for lack of information sufficient to justify a belief therein.

**60.**

The allegations in paragraph 60 are denied for lack of information sufficient to justify a belief therein.

**61.**

The allegations in paragraph 61 are denied for lack of information sufficient to justify a belief therein.

**62.**

The allegations in paragraph 62 are denied for lack of information sufficient to justify a belief therein.

**63.**

The allegations in paragraph 63 are denied for lack of information sufficient to justify a belief therein.

**64.**

The allegations in paragraph 64 are denied for lack of information sufficient to justify a belief therein.

**65.**

The allegations in paragraph 65 are denied for lack of information sufficient to justify a belief therein.

**66.**

The allegations in paragraph 66 are denied for lack of information sufficient to justify a belief therein.

**67.**

The allegations in paragraph 67 are denied for lack of information sufficient to justify a belief therein.

**68.**

In response to paragraph 68, SubSea reasserts and restates its answers to paragraphs 1-67 as if fully set forth herein.

**69.**

The allegations in paragraph 69 do not relate to any claim against SubSea and thus require no response.

**70.**

The allegations in paragraph 70 do not relate to any claim against SubSea and thus require no response.

**71.**

The allegations in paragraph 71 do not relate to any claim against SubSea and thus require no response.

**72.**

The allegations in paragraph 72 do not relate to any claim against SubSea and thus require no response.

**73.**

The allegations in paragraph 73 do not relate to any claim against SubSea and thus require no response.

**74.**

The allegations in paragraph 74 do not relate to any claim against SubSea and thus require no response.

**75.**

The allegations in paragraph 75 do not relate to any claim against SubSea and thus require no response.

**76.**

The allegations in paragraph 76 do not relate to any claim against SubSea and thus require no response.

**77.**

The allegations in paragraph 77 do not relate to any claim against SubSea and thus require no response.

**78.**

The allegations in paragraph 78 do not relate to any claim against SubSea and thus require no response.

**79.**

The allegations in paragraph 79 do not relate to any claim against SubSea and thus require no response.

**80.**

The allegations in paragraph 80 do not relate to any claim against SubSea and thus require no response.

**81.**

In response to paragraph 81, SubSea reasserts and restates its answers to paragraphs 1-80 as if fully set forth herein.

**82.**

The allegations in paragraph 82 do not relate to any claim against SubSea and thus require no response.

**83.**

The allegations in paragraph 83 do not relate to any claim against SubSea and thus require no response.

**84.**

The allegations in paragraph 84 do not relate to any claim against SubSea and thus require no response.

**85.**

The allegations in paragraph 85 do not relate to any claim against SubSea and thus require no response.

**86.**

The allegations in paragraph 86 do not relate to any claim against SubSea and thus require no response.

**87.**

The allegations in paragraph 87 do not relate to any claim against SubSea and thus require no response.

**88.**

The allegations in paragraph 88 do not relate to any claim against SubSea and thus require no response.

**89.**

The allegations in paragraph 89 do not relate to any claim against SubSea and thus require no response.

**90.**

The allegations in paragraph 90 do not relate to any claim against SubSea and thus require no response.

**91.**

The allegations in paragraph 91 do not relate to any claim against SubSea and thus require no response.

**92.**

The allegations in paragraph 92 do not relate to any claim against SubSea and thus require no response.

**93.**

The allegations in paragraph 93 do not relate to any claim against SubSea and thus require no response.

**94.**

The allegations in paragraph 94 do not relate to any claim against SubSea and thus require no response.

**95.**

The allegations in paragraph 95 do not relate to any claim against SubSea and thus require no response.

**96.**

The allegations in paragraph 96 do not relate to any claim against SubSea and thus require no response.

**97.**

The allegations in paragraph 97 do not relate to any claim against SubSea and thus require no response.

**98.**

The allegations in paragraph 98 do not relate to any claim against SubSea and thus require no response.

**99.**

In response to paragraph 99, SubSea reasserts and restates its answers to paragraphs 1-98 as if fully set forth herein.

**100.**

The allegations in paragraph 100 do not relate to any claim against SubSea and thus require no response.

**101.**

The allegations in paragraph 101 do not relate to any claim against SubSea and thus require no response.

**102.**

The allegations in paragraph 102 do not relate to any claim against SubSea and thus require no response.

**103.**

The allegations in paragraph 103 do not relate to any claim against SubSea and thus require no response.

**104.**

The allegations in paragraph 104 do not relate to any claim against SubSea and thus require no response.

**105.**

The allegations in paragraph 105 do not relate to any claim against SubSea and thus require no response.

**106.**

The allegations in paragraph 106 do not relate to any claim against SubSea and thus require no response.

**107.**

The allegations in paragraph 107 do not relate to any claim against SubSea and thus require no response.

**108.**

The allegations in paragraph 108 do not relate to any claim against SubSea and thus require no response.

**109.**

The allegations in paragraph 109 do not relate to any claim against SubSea and thus require no response.

**110.**

The allegations in paragraph 110 do not relate to any claim against SubSea and thus require no response.

**111.**

The allegations in paragraph 111 do not relate to any claim against SubSea and thus require no response.

**112.**

The allegations in paragraph 112 do not relate to any claim against SubSea and thus require no response.

**113.**

The allegations in paragraph 113 do not relate to any claim against SubSea and thus require no response.

**114.**

The allegations in paragraph 114 do not relate to any claim against SubSea and thus require no response.

**115.**

The allegations in paragraph 115 do not relate to any claim against SubSea and thus require no response.

**116.**

The allegations in paragraph 116 do not relate to any claim against SubSea and thus require no response.

**117.**

The allegations in paragraph 117 do not relate to any claim against SubSea and thus require no response.

**118.**

The allegations in paragraph 118 do not relate to any claim against SubSea and thus require no response.

**119.**

The allegations in paragraph 119 do not relate to any claim against SubSea and thus require no response.

**120.**

The allegations in paragraph 120 do not relate to any claim against SubSea and thus require no response.

**121.**

The allegations in paragraph 121 do not relate to any claim against SubSea and thus require no response.

**122.**

In response to paragraph 122, SubSea reasserts and restates its answers to paragraphs 1-121 as if fully set forth herein.

**123.**

The allegations in paragraph 123 do not relate to any claim against SubSea and thus require no response.

**124.**

The allegations in paragraph 124 do not relate to any claim against SubSea and thus require no response.

**125.**

The allegations in paragraph 125 do not relate to any claim against SubSea and thus require no response.

**126.**

The allegations in paragraph 126 do not relate to any claim against SubSea and thus require no response.

**127.**

The allegations in paragraph 127 do not relate to any claim against SubSea and thus require no response.

**128.**

The allegations in paragraph 128 do not relate to any claim against SubSea and thus require no response.

**129.**

The allegations in paragraph 129 do not relate to any claim against SubSea and thus require no response.

**130.**

The allegations in paragraph 130 do not relate to any claim against SubSea and thus require no response.

**131.**

The allegations in paragraph 131 do not relate to any claim against SubSea and thus require no response.

**132.**

The allegations in paragraph 132 do not relate to any claim against SubSea and thus require no response.

**133.**

The allegations in paragraph 133 do not relate to any claim against SubSea and thus require no response.

**134.**

The allegations in paragraph 134 do not relate to any claim against SubSea and thus require no response.

**135.**

The allegations in paragraph 135 do not relate to any claim against SubSea and thus require no response.

**136.**

The allegations in paragraph 136 do not relate to any claim against SubSea and thus require no response.

**137.**

In response to paragraph 137, SubSea reasserts and restates its answers to paragraphs 1-136 as if fully set forth herein.

**138.**

The allegations in paragraph 138 are denied.

**139.**

The allegation in paragraph 139 that SubSea was "engaged in [some] capacit[y] on the work performed on the Anchor Project" is admitted. The remaining allegations are denied.

**140.**

The allegations in paragraph 140 are denied.

**141.**

The allegations in paragraph 141 are denied.

**142.**

The allegations in paragraph 142 are denied.

**143.**

The allegations in paragraph 143 are denied.

**144.**

The allegations in paragraph 144 are denied.

**145.**

The allegations in paragraph 145 are denied.

**146.**

The allegations in paragraph 146 are denied.

**147.**

The allegations in paragraph 147 are denied.

**148.**

In response to paragraph 148, SubSea reasserts and restates its answers to paragraphs 1-147 as if fully set forth herein.

**149.**

The allegations in paragraph 149 do not relate to any claim against SubSea and thus require no response.

**150.**

The allegations in paragraph 150 do not relate to any claim against SubSea and thus require no response.

**151.**

The allegations in paragraph 151 do not relate to any claim against SubSea and thus require no response.

**152.**

The allegations in paragraph 152 do not relate to any claim against SubSea and thus require no response.

**153.**

The allegations in paragraph 153 do not relate to any claim against SubSea and thus require no response.

**154.**

The allegations in paragraph 154 do not relate to any claim against SubSea and thus require no response.

**155.**

The allegations in paragraph 155 do not relate to any claim against SubSea and thus require no response.

**156.**

The allegations in paragraph 156 do not relate to any claim against SubSea and thus require no response.

**157.**

The allegations in paragraph 157 do not relate to any claim against SubSea and thus require no response.

**158.**

Paragraph 158 contains no factual allegations and thus requires no response.

**159.**

Paragraph 159 contains no factual allegations and thus requires no response.

**160.**

Paragraph 160 contains no factual allegations and thus requires no response.

**161.**

Paragraph 161, which contains plaintiffs' jury demand, requires no response.

**162.**

The unnumbered paragraphs entitled "prayer for relief" and beginning with "Wherefore" on pages 35-36 of the first amended complaint require no response. Should a response to these allegations be deemed necessary, the allegations are denied.

**AFFIRMATIVE DEFENSES**

And now, answering in the affirmative, SubSea states as follows:

**1.**

Any alleged damages to plaintiffs, the existence of which are denied, were not caused by the actions of SubSea but instead by the fault of others over which SubSea has no control.

**2.**

Any alleged damages to plaintiffs, the existence of which are denied, were caused, wholly or in part, by plaintiffs' own fault.

**3.**

Plaintiffs failed to take reasonable steps to mitigate their alleged damages.

**4.**

SubSea reserves the right to supplement and amend these affirmative defenses as litigation progresses.

**WHEREFORE,** defendant OneSubsea LLC prays that its answer and affirmative defense be deemed good and sufficient and that, after due proceedings, the Court dismiss with prejudice

24

all claims of the plaintiffs; award SubSea legal fees, costs, and expenses; and award SubSea any

other equitable relief to which it may be entitled.

Respectfully submitted,

/s/ Harold J. Flanagan
Thomas M. Flanagan (#19569)
Harold J. Flanagan (#24091)
Camille E. Gauthier (#34558)
James H. Gilbert (#36468)
Alixe L. Duplechain (#39167)
FLANAGAN PARTNERS LLP
201 St. Charles Ave. Suite 3300
New Orleans, Louisiana 70170
Telephone: (504) 569-0235
Facsimile: (504) 529-0251
tflanagan@flanaganpartners.com
hflanagan@flanaganpartners.com
cgauthier@flanaganpartners.com
jgilbert@flanaganpartners.com
aduplechain@flanaganpartners.com

Attorneys for OneSubsea LLC