UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EXXONMOBIL OIL CORPORATION, ET AL.,** | **CIVIL ACTION NO. 2:25-CV-2001** |
| *Plaintiffs*, | **JUDGE NANETTE JOLIVETTE BROWN** |
| v. | **MAG. JUDGE DONNA PHILLIPS CURRAULT** |
| **MARS OIL PIPELINE COMPANY, LLC, ET AL.** | |
| *Defendants*. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST HALLIBURTON COMPANY

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, ExxonMobil Oil Corporation and ExxonMobil Corporation (collectively, "Plaintiffs"), through undersigned counsel hereby voluntarily dismiss the claims asserted in the above-captioned action against Halliburton Company, without prejudice as to all parties, and with each side bearing its own costs and expenses. Halliburton Company has not answered the Plaintiffs' First Amended Complaint, and there is no motion for summary judgment pending. Plaintiffs reserve all rights and claims against all other parties and reserve the right to reassert against Halliburton Company these dismissed claims and/or assert other claims against Halliburton Company arising out the transactions and occurrences at issue in this lawsuit. Pursuant to Federal Rule 41(a)(1)(a)(i) and Local Rule 41(a), no order from this Court is necessary to effectuate this voluntary dismissal without prejudice.

DATED: February 19, 2026

Respectfully submitted,

**BIENVENU, FOCO & VIATOR, LLC**

_/s/ Henry S. Rauschenberger_____
David M. Bienvenu, Jr. (#20700)(T.A.)
F. Charles Marionneaux (#18320)
John Allain Viator (#25915)
Henry S. Rauschenberger (#37834)
4210 Bluebonnet Blvd.
Baton Rouge, LA 70809
Phone: (225)388-5600
Fax: (225)388-5622
david.bienvenu@bblawla.com
chip.marionneaux@bblawla.com
john.viator@bblawla.com
henry.rauschenberger@bblawla.com

***Attorneys for ExxonMobil Oil Corporation and Exxon Mobil Corporation***

**CERTIFICATE OF SERVICE**

I, undersigned counsel, hereby certify that on this the 19th day of February, 2026, a copy of the above and foregoing was served on all counsel of record by operation of this Court's CM/ECF system, and that a copy of the above and foregoing was sent via electronic mail and/or United States mail, postage prepaid and properly addressed, to all named parties who have not yet made an appearance of record in this proceeding.

_____/s/ Henry S. Rauschenberger_____
Henry S. Rauschenberger