UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION and EXXON MOBIL CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARS OIL PIPELINE COMPANY LLC, *et al.*,<br><br>*Defendants*. | Civil Action No.: 2:25-cv-02001<br><br>Judge Nannette Jolivette Brown<br><br>Magistrate Donna Phillips Currault |

**TOTALENERGIES E&P USA, INC.'S**
**MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Defendant TotalEnergies E&P USA, Inc. ("TEEP USA"), with a full reservation of all exceptions, rights, and defenses, hereby submits this Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) as to the First Amended Complaint of Plaintiffs ExxonMobil Oil Corporation and Exxon Mobil Corporation (collectively, "Exxon").

TEEP USA incorporates by reference each of the arguments asserted in Defendant Chevron U.S.A. Inc.'s Motion to Dismiss Exxon's First Amended Complaint, Rec. Doc. 78, and accompanying Memorandum in Support of Motion to Dismiss Exxon's First Amended Complaint. As explained more fully in TEEP USA's accompanying Memorandum in Support of its Motion to Dismiss, TEEP USA submits three additional reasons for dismissal. *First*, TEEP USA is not a "manufacturer" under the Louisiana Products Liability Act because it owns only a minority interest in the Anchor Project and is not the designated operator. *Second*, and relatedly, TEEP USA owed no duty to Exxon because TEEP USA had no direct control over the operations at the Anchor Project. *Finally*, Exxon cannot state a claim for breach of the warranty against redhibitory defects because it does not allege that it purchased any crude oil from TEEP USA or from any entity that

purchased crude oil from TEEP USA. As such, Plaintiffs' claims against TEEP USA should be dismissed in their entirety.

Dated: February 25, 2026         Respectfully submitted by:

/s/ *Robert E. Dunn*
Robert E. Dunn (*pro hac vice*)
EIMER STAHL LLP
1999 S. Bascom Ave. Suite 1025
Campbell, CA 95008
Phone: 408.889.1690
RDunn@eimerstahl.com

Johnathan Hall (*pro hac vice*)
EIMER STAHL LLP
224 S. Michigan Ave. Suite 1100
Chicago, IL 60604
Phone: 312.660.7600
JHall@eimerstahl.com

Rachel W. Wisdom (La. Bar No. 21167)
STONE PIGMAN WALTHER
WITTMANN L.L.C.
909 Poydras Street, Suite 3150
New Orleans, Louisiana 70112-4041
Phone: 504.581.3200
Fax: 504.596.0911
RWisdom@stonepigman.com

*Counsel for Defendant*
*TotalEnergies E&P USA, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I filed the foregoing document using the Court's CM/ECF system, which will deliver a true and accurate copy of the same to all counsel of record this 25th day of February, 2026.

                                            /s/ *Robert E. Dunn*
                                            Robert E. Dunn