THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EXXONMOBIL OIL CORPORATION and
EXXON MOBIL CORPORATION,

*Plaintiffs*,

v.

MARS OIL PIPELINE COMPANY, LLC, *et al.*,

*Defendants*.

Civil Action No.: 2:25-cv-02001

Judge Nannette Jolivette Brown

Magistrate Donna Phillips Currault

**ORDER GRANTING UNOPPOSED MOTION TO STAY MARS OIL PIPELINE
COMPANY, LLC, AMBERJACK PIPELINE COMPANY LLC,
AND SHELL PIPELINE COMPANY LP'S CROSSCLAIMS**

Considering the foregoing Unopposed Motion to Stay,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that all proceedings on the Crossclaims are **STAYED** pending resolution of the underlying claims in this lawsuit, or until any of the Cross-Plaintiffs or Cross-Defendants moves to lift the stay.

**NEW ORLEANS, LOUISIANA** this ___15th___ day of July, 2026.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**